# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

March 2, 2005

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

        **RE: Spadaro v. BCBSD, Inc.**
        **C.A. No. 04-304GMS**

Dear Judge Sleet:

      I write pursuant to Section 3(a) of the October 4, 2004 Scheduling Order, to outline the disputed discovery issue for the parties' March 7, 2005 teleconference with the Court.

      The issue involves a disputed claim of privilege for document BCBSD000093, which BCBSD produced in redacted form. BCBSD has asserted a claim of attorney-client privilege for the document's redacted material. Mr. Spadaro contends that the redacted material cannot be subject to attorney-client privilege.

      BCBSD's counsel has reviewed and approves of this characterization of the dispute.

                            Respectfully,

                              /s/ Francis J. Murphy

                              Francis J. Murphy

FJM/slr
cc: Dr. Peter T. Dalleo (by hand delivery)
     Kelly A. Green, Esq. (by hand delivery)

118181

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SPADARO, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 04-304GMS |
| ) | |
| v. ) | |
| ) | |
| BCBSD, INC. (d/b/a Blue Cross ) | |
| Blue Shield of Delaware), ) | |
| ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Bebko Jauffret, Esq.
Kelly A. Green, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

In addition, I certify that the same party was served with the document by hand delivery at the address shown.

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

March 2, 2005               Attorneys for plaintiff John S. Spadaro

118170