IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SPADARO,  )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>BCBSD, INC. (d/b/a Blue Cross   )<br>Blue Shield of Delaware),   )<br>   )<br>   )<br>   Defendant.   ) | C.A. No.: 04-304GMS |

**PLAINTIFF JOHN S. SPADARO'S NOTICE OF
CONTINUED DEPOSITION OF BCBSD, INC.**

TO:  Jennifer C. Bebko Jauffret, Esq.
      Kelly A. Green, Esq.
      Richards Layton & Finger
      One Rodney Square
      P.O. Box 551
      Wilmington, DE 19899-0551

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30(b)(6), counsel for plaintiff John S. Spadaro will take the deposition(s) on oral examination of the defendant BCBSD, Inc. by one or more persons who consent to testify on its behalf with respect to matters known or reasonably available to it, and as contemplated by the parties' agreement dated February 28, 2005. The deposition(s) will proceed at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, beginning at 10:00 a.m. on March 16, 2005, and continuing from day to day, during normal business hours, until completed.

118580

                                          Respectfully submitted,

                                          MURPHY SPADARO & LANDON

                                          <u>/s/ Philip T. Edwards</u>
                                          Philip T. Edwards, No. 4393
                                          1011 Centre Road, Suite 210
                                          Wilmington, DE  19805
                                          (302)472-8100

March 15, 2005                        Attorneys for plaintiff John S. Spadaro

118580                    2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SPADARO, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 04-304GMS |
| | ) | |
| v. | ) | |
| | ) | |
| BCBSD, INC. (d/b/a Blue Cross Blue Shield of Delaware), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Bebko Jauffret, Esq.
Kelly A. Green, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

In addition, I certify that the same party was served with the document by hand delivery at the address shown.

MURPHY SPADARO & LANDON

/s/ Philip T. Edwards
Philip T. Edwards, No. 4393
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

March 15, 2005

Attorneys for plaintiff John S. Spadaro

118581