IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SPADARO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-304-GMS ) ) |
| BCBSD, INC. (d/b/a Blue Cross Blue Shield of Delaware), | ) ) ) |
| Defendant. | ) ) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party is responsible for his or its legal fees and costs.

_/s/ Philip T. Edwards by JJS_  
Philip Thomas Edwards (#4393)  
Murphy, Spadaro & Landon  
1011 Centre Road, Suite 210  
Wilmington, Delaware 19805  
Attorneys for Plaintiff John S. Spadaro

_/s/ Kelly A. Green_  
Jennifer C. Jauffret (#3689)  
Kelly A. Green (#4095)  
Richards, Layton & Finger  
One Rodney Square, P.O. Box 551  
Wilmington, Delaware 19899  
Attorneys for Defendant BCBSD, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

RLF1-2877523-1