CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00304-GMS
### Internal Use Only

Spadaro v. BCBSD Inc.  
Assigned to: Honorable Gregory M. Sleet  
Demand: $31,000  
Cause: 29:1001 E.R.I.S.A.: Employee Retirement  

Date Filed: 05/12/2004  
Jury Demand: Plaintiff  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question  

**Plaintiff**

**John S. Spadaro**   represented by   **John S. Spadaro**  
Murphy, Spadaro & Landon  
1011 Centre Road  
Suite 210  
Wilmington, DE 19805  
(302) 472-8100  
Email: jspadaro@msllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BCBSD Inc.**   represented by   **Kelly A. Green**  
*doing business as*  
Blue Cross & Blue Shield of Delaware Inc.  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
(302) 658-6541  
Email: green@rlf.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136172 (mwm) (Entered: 05/13/2004) |
| 05/12/2004 | | DEMAND for jury trial by John S. Spadaro (mwm) (Entered: 05/13/2004) |
| 05/12/2004 | | SUMMONS(ES) issued for BCBSD Inc. (mwm) (Entered: 05/13/2004) |
| 05/14/2004 | 2 | RETURN OF SERVICE executed as to BCBSD Inc. 5/13/04 Answer due on 6/2/04 for BCBSD Inc. (dab) (Entered: 05/14/2004) |

| | | |
|---|---|---|
| 11/24/2004 | 42 | NOTICE by John S. Spadaro to take deposition on oral examination of Roberta Deck on 12/16/04 at 10:00 a.m. (asw) (Entered: 12/01/2004) |
| 11/29/2004 | 43 | RE-NOTICE by BCBSD Inc. to take oral deposition of Ephigenia K. Giannoukos, M.D. on 12/8/04 at 9:30 a.m. (asw) (Entered: 12/01/2004) |
| 11/29/2004 | 44 | MOTION by BCBSD Inc. with Proposed Order to Strike [0-1] Plaintiff's jury demand Answer Brief due 12/13/04 re: [44-1] motion (asw) (Entered: 12/01/2004) |
| 12/13/2004 | 45 | OPPOSITION Filed by John S. Spadaro [44-1] motion to Strike [0-1] Plaintiff's jury demand - Reply Brief due 12/20/04 (asw) (Entered: 12/13/2004) |
| 12/13/2004 | 46 | Letter to Judge Sleet from John S. Spadaro, Esq. enclosing the Opposition to BCBSD's Motion to Strike Jury Demand and also requesting oral argument on said motion (asw) (Entered: 12/13/2004) |
| 12/15/2004 | 47 | STIPULATION with proposed order that the remaining briefing of Mr. Spadaro's Motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses shall proceed as follows: Plaintiff shall file any supplemental to his opening brief on or before 1/14/05; BCBSD's answering brief due on or before 1/28/05 and the Plaintiff's reply brief on or before 2/4/05 (asw) (Entered: 12/16/2004) |
| 12/15/2004 | 48 | Letter to Judge Sleet from Kelly A. Green, Esq. enclosing a copy of BCBSD's Motion to Strike Plaintiff's Jury Demand as requested by the court at the 9/28/04 scheduling conference (asw) (Entered: 12/16/2004) |
| 12/20/2004 | 49 | Reply Brief Filed by BCBSD Inc. in support [44-1] motion to Strike [0-1] Plaintiff's jury demand (asw) (Entered: 12/21/2004) |
| 12/21/2004 | | So Ordered granting [47-1] stipulation ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 12/21/2004) |
| 12/21/2004 | | Deadline updated; reset Opening Brief Deadline to 1/14/05 re: [19-1] motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses , and reset Answer Brief Deadline to 1/28/05 re: [19-1] motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses , and reset Reply Brief Deadline to 2/4/05 re: [19-1] motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses (asw) (Entered: 12/21/2004) |
| 12/22/2004 | 50 | ==[SEALED] MOTION by BCBSD Inc. with Proposed Order for Protective Order Answer Brief due 1/5/05 re: [50-1] motion (asw) (Entered: 12/27/2004)== |
| 12/22/2004 | 51 | ==[SEALED] AFFIDAVIT of Cark Fink by BCBSD Inc. in support of Re: [50-1] motion for Protective Order (asw) Modified on 12/27/2004 (Entered: 12/27/2004)== |
| 12/29/2004 | 52 | OPPOSITION Filed by John S. Spadaro [50-1] motion for Protective Order - Reply Brief due 1/5/05 (asw) (Entered: 12/30/2004) |
| | | |

| | | |
|---|---|---|
| 12/29/2004 | 53 | CERTIFICATION of John S. Spadaro Re: [52-1] answer brief (asw) (Entered: 12/30/2004) |
| 01/06/2005 | 54 | [SEALED] Reply Brief Filed by BCBSD Inc. in support of [50-1] motion for Protective Order (asw) (Entered: 01/06/2005) |
| 01/07/2005 | 55 | NOTICE OF SERVICE by BCBSD Inc. re: Second Set of Interrogatories Directed to Plaintiff (asw) (Entered: 01/07/2005) |
| 01/13/2005 | 56 | MOTION by John S. Spadaro with Proposed Order for Sanctions Answer Brief due 1/27/05 re: [56-1] motion (asw) (Entered: 01/13/2005) |
| 01/14/2005 | 57 | Opening Brief Filed by John S. Spadaro in support of [19-1] motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses - Answer Brief due 1/28/05 (asw) (Entered: 01/18/2005) |
| 01/14/2005 | 58 | Appendix to Brief Filed by John S. Spadaro Appending [57-1] opening brief (asw) (Entered: 01/18/2005) |
| 01/25/2005 | 59 | ORDER granting [50-1] motion for Protective Order. ( signed by Judge Gregory M. Sleet ) copies to: Counsel (mmm) (Entered: 01/25/2005) |
| 01/25/2005 | 60 | Opposition Filed by BCBSD Inc. [56-1] motion for Sanctions - Reply Brief due 2/1/05 (asw) (Entered: 01/26/2005) |
| 01/25/2005 | 61 | AFFIDAVIT OF FRANCIS E. MIECZKOWSKI, JR. by BCBSD Inc. Re: [60-1] Opposition to John Spadaro's Motion for Sanctions (asw) (Entered: 01/26/2005) |
| 01/25/2005 | 62 | Letter to Judge Sleet from Kelly A. Green, Esq. requesting a conference call with the Court to discuss the Plaintiff's Motion for Sanctions (asw) (Entered: 01/26/2005) |
| 01/26/2005 | 63 | Letter to Judge Sleet from John S. Spadaro, Esq. in response to Ms. Green's letter to the Court dated 1/25/05 (asw) (Entered: 01/27/2005) |
| 01/28/2005 | 64 | SEALED Answering Brief Filed by BCBSD Inc. in Opposition to [19-1] motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses - Reply Brief due 2/4/05 (asw) Modified on 02/01/2005 (Entered: 02/01/2005) |
| 01/28/2005 | 65 | SEALED Appendix to Brief Filed by BCBSD Inc. Appending [64-1] answer brief (asw) Modified on 02/01/2005 (Entered: 02/01/2005) |
| 01/28/2005 | 66 | SEALED AFFIDAVIT of Dr. Patt Panzer by BCBSD Inc. in support of Re: [64-1] answer brief (asw) (Entered: 02/01/2005) |
| 01/28/2005 | 67 | SEALED AFFIDAVIT of Geraldine Tate by BCBSD Inc. in support of Re: [64-1] answer brief (asw) (Entered: 02/01/2005) |
| 01/28/2005 | 68 | MOTION by BCBSD Inc. with Proposed Order for Summary Judgment Answer Brief due 2/11/05 re: [68-1] motion (asw) (Entered: 02/01/2005) |
| 01/28/2005 | 69 | AFFIDAVIT of Dr. Paul Kaplan by BCBSD Inc. in support of Re: [68-1] |

|  |  |  |
|---|---|---|
|  |  | motion for Summary Judgment, [64-1] answer brief (asw) (Entered: 02/01/2005) |
| 02/01/2005 | 70 | Reply Brief Filed by John S. Spadaro in support of [56-1] motion for Sanctions (asw) (Entered: 02/02/2005) |
| 02/04/2005 | 71 | Consolidated Reply Brief Filed by John S. Spadaro in support of his [19-1] motion for Partial Summary Judgment with Respect to BCBSD's Waiver of Coverage Defenses AND Answering brief in Opposition to BCBSD's Motion (asw) (Entered: 02/07/2005) |
| 02/04/2005 | 71 | [Consolidated Reply Brief] AND Answering Brief Filed by John S. Spadaro in Opposition [68-1] motion for Summary Judgment - Reply Brief due 2/11/05 (asw) (Entered: 02/07/2005) |
| 02/04/2005 | 72 | Appendix to Brief Filed by John S. Spadaro Appending [71-1] answer brief, [71-1] reply brief (asw) (Entered: 02/07/2005) |
| 02/07/2005 | 73 | NOTICE OF SERVICE by John S. Spadaro re: Second Set of Interrogatories (asw) (Entered: 02/07/2005) |
| 02/07/2005 | 74 | NOTICE OF SERVICE by John S. Spadaro re: Second Request for Production of Documents (asw) (Entered: 02/07/2005) |
| 02/11/2005 | 75 | NOTICE of Deposition of Raj Padman, M.D. by BCBSD Inc. (mmm) (Entered: 02/11/2005) |
| 02/11/2005 | 76 | SEALED REPLY BRIEF in support of its [68] Motion for Summary Judgment filed by BCBSD Inc.. (asw, ) (Entered: 02/14/2005) |
| 02/15/2005 | 77 | REQUEST for Oral Argument [in letter form] by BCBSD Inc.. (asw, ) (Entered: 02/17/2005) |
| 02/17/2005 | 78 | RE-NOTICE to Take Deposition of Raj Padman, M.D. on 3/14/05 at 1:00 p.m. by BCBSD Inc..(asw, ) (Entered: 02/18/2005) |
| 02/22/2005 | 79 | SUBPOENA Returned Executed as to Raj Padman, M.D. on 2/18/05 (asw ) (Entered: 02/25/2005) |
| 02/22/2005 | 80 | STIPULATION TO EXTEND TIME for conducting the Deposition of Dr. Raj Padman to 3/14/05. - filed by John S. Spadaro. (asw ) (Entered: 02/25/2005) |
| 03/01/2005 |  | SO ORDERED, re [80] STIPULATION TO EXTEND TIME Deposition of Dr. Raj Padman filed by John S. Spadaro, . Signed by Judge Gregory M. Sleet on 3/1/05. (asw, ) (Entered: 03/01/2005) |
| 03/02/2005 | 81 | NOTICE OF SCHEDULING: Discovery Dispute Teleconference (#1) set for (Monday) 3/7/2005 at 09:00 AM with Honorable Gregory M. Sleet. Counsel is directed to coordinate call to chambers at (302) 573-6470. Not less than 48 hours prior to the teleconference the parties shall file a joint, non-argumentative letter agenda, not to exceed two pages, outlining the issues in dispute. Signed by Judge Gregory M. Sleet on 3/2/05. (ctd) (Entered: 03/02/2005) |
|  |  |  |