OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Kelly A. Green
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: green@rlf.com

RE:   John S. Spadaro, v. BCBSD Inc.
      Civ. No.: 04-304 GMS

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS:   50, 51, 54, 64, 65, 66, 67 and 76.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Ron Golden_

I hereby acknowledge receipt of the above mentioned documents on  8/17/06  .

_Nicholas Nato_
Signature